AO 91 (Rev. 11/11)  Criminal Complaint   (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>MARVIN OLIVARIO PEREZ MACARIO a/k/a "Oliver Perez Macario," "Omar Perez Melendez," "Rico Simon Vasquez," "Rodolfo Ventura Morales"<br><br>*Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Case No.  **1:24-MJ-00337** |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 17, 2024_____ in the county of _____Warren_____ in the _____Southern_____ District of _____Ohio_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. Sections 1326(a) and 1326(b)(1) | Reentry of Removed Alien |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

MATTHEW W KLAUENBERG
Digitally signed by MATTHEW W KLAUENBERG
Date: 2024.05.08 14:31:19 -04'00'

*Complainant's signature*

Officer Matthew Klauenberg, ICE

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____FaceTime video conference_____ *(specify reliable electronic means)*.

Date:  **May 8, 2024**

*Stephanie K. Bowman*

*Judge's signature*

City and state:  _____Cincinnati, Ohio_____    Stephanie K. Bowman, United States Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew W. Klauenberg, being duly sworn, depose and state as follows:

## INTRODUCTION

1.      I am a Deportation Officer with Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations ("ERO") division. I am a graduate of the Federal Law Enforcement Training Center ("FLETC") and I have received specialized training in establishing alienage and removability of foreign-born citizens.  I also have extensive knowledge of, and experience reviewing, Alien files ("A-files"), which also facilitates my determination of whether a person is present in the United States unlawfully. An A-file is a collection of documents pertaining to a known alien maintained by Citizenship and Immigration Services, which contains, among other information, records from any prior removal from the United States and the reason for such removal.  The documents, including fingerprint records of the alien, are placed in the A-file by representatives of the Department of Homeland Security as well as other agencies. Through my training and experience, my duties include identifying aliens present in the United States both lawfully and unlawfully.

2.      This affidavit is submitted in support of a criminal complaint and arrest warrant charging **MARVIN OLIVARIO PEREZ MACARIO, a/k/a "Oliver Perez Macario," "Omar Perez Melendez," "Rigo Simon Vasquez," "Rodolfo Ventura Morales,"** with violating 8 U.S.C. §§ 1326(a) and 1326(b)(1) in that, on or about April 17, 2024, **PEREZ MACARIO** was found in the United States, specifically in Lebanon, Ohio, which is located in the Southern District of Ohio, without having obtained the express consent of the Attorney General of the United States

1

or the Secretary of the Department of Homeland Security to reapply for admission to the United States, after having been denied admission, excluded, deported, or removed from the United States and having been convicted of a felony.

3.      This affidavit is based on information obtained by me, information conveyed to me by other law enforcement officers, and a review of evidence, records, and documents obtained during the course of the investigation. This affidavit contains the information necessary to establish probable cause but does not include each and every fact known to me or known to the government.

### **PROBABLE CAUSE**

4.      On or about March 24, 2024, an individual going by "Rico Simon Vasquez" was arrested by the Lebanon City Police Department ("LCPD") for Operating a Vehicle Under the Influence.  LCPD transported "Vasquez" to jail and fingerprinted him, and submitted the fingerprints to Ohio Bureau of Criminal Investigation, who in turn submitted them to the Federal Bureau of Investigation (the "FBI").  ICE was then alerted to the arrest, because "Vasquez's" fingerprints matched the prints of **MARVIN OLIVARIO PEREZ MACARIO**, an individual born in Guatemala.

5.      On or about March 27, 2024, "Vasquez" made bond on his OVI charge and was released from custody.

6.      On or about April 17, 2024, ICE observed an individual matching the physical description and photo of **PEREZ MACARIO** get into a vehicle.  The vehicle had the same license plate as the vehicle "Vasquez" was arrested in by LCPD. ICE pulled the vehicle over, arrested

2

**PEREZ MACARIO**, and transported him back to the ICE office where he was fingerprinted and interviewed and then served with his administrative immigration paperwork.

7. ICE officers submitted **PEREZ MACARIO's** fingerprints to the FBI. The FBI reported that the fingerprints came back to **MARVIN OLIVARIO PEREZ MACARIO** and numerous aliases. The records associated with **PEREZ MACARIO** included a prior conviction on or about October 8, 2013 in the Hamilton County Common Pleas Court, for Tampering with Records, in violation of Ohio Revised Code 2913-42A1, a felony of the third degree in the state of Ohio.

8. ICE ERO officers later submitted **PEREZ MACARIO** fingerprints to ICE databases, which confirmed a match to **MARVIN OLIVARIO PEREZ MACARIO**, a native and citizen of Guatemala, and not a citizen of the United States.

9. According to ICE databases, **MARVIN OLIVARIO PEREZ MACARIO** has been deported from the United States on or about: November 21, 2013, through Alexandria, LA, September 25, 2014 through Alexandria, LA, September 6, 2017 through Alexandria, LA, March 22, 2018 through Alexandria, LA.

10. Upon review of ICE databases and a review of the physical A-file, there is no evidence of **MARVIN OLIVARIO PEREZ MACARIO** having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

3

## CONCLUSION

11.     Based upon the foregoing, I submit there is probable cause to conclude that on or about April 17, 2024, **MARVIN OLIVARIO PEREZ MACARIO**, an alien, was found in the United States, at a location within the Southern District of Ohio, after having been denied admission, excluded, deported, or removed from the United States and having not obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission to the United States and having been convicted of a felony, in violation of 8 U.S.C. §§ 1326(a) and 1326(b)(1).

MATTHEW W KLAUENBERG

Digitally signed by MATTHEW W KLAUENBERG
Date: 2024.05.08 14:32:02 -04'00'

Matthew Klauenberg
Deportation Officer
Immigration and Customs Enforcement

Sworn and subscribed before me by reliable electronic means, specifically, FaceTime video conference, pursuant to Fed. R. Crim. P. 4.1, on May ___8___, 2024.

Stephanie K. Bowman

HONORABLE STEPHANIE K. BOWMAN
United States Magistrate Judge

4